# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 28 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PAOLA MICHELLE HARTMAN (1),<br><br>                    Defendant. | CASE NO. 15CR0686-W<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

8 U.S.C. 1324(a)(1)(A)(ii) and (v)(II) - TRANSPORTATION

OF ILLEGAL ALIENS FOR FINANCIAL GAIN AND AIDING AND ABETTING

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/28/16

_____
Thomas J. Whelan
U.S. District Judge